IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JODIE CARTER, ET AL.                                                    PLAINTIFF

VS.                                   NO.  4:04 CV 807 JMM

KENNETH JAMES, ET AL.                                              DEFENDANT

### ORDER

Pending before the Court is the Plaintiff's Motion for Order Compelling Discovery, and the Response thereto.  The Court hereby orders both parties to comply with the following:

1. Plaintiff shall provide the Court and opposing counsel by January 26, 2006, a copy of the First Set of Interrogatories and Requests for Production of Documents that were served upon Defendants on September 7, 2005.

2. Defendant shall provide the Court and opposing counsel a copy of the interrogatories answered more than two years ago, which are purported to be the same discovery requests as those in the instant case.

2. Plaintiff shall provide the Court and opposing counsel a Brief outlining the specific discovery requests that have not been answered from the September 7, 2005 discovery.  The deadline for this Brief shall be January 26, 2006.

3. Defendant shall have up to and including Thursday, February 9, 2006, in which to respond to said Brief.

After review of these submissions, the Court will determine if a hearing is necessary.

**IT IS SO ORDERED this  11th  day of January, 2006.**

_____
**James M. Moody
United States District Judge**