IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JODIE T. CARTER AND JIMMY J. MOSBY            PLAINTIFFS

VS.            CASE NO. 4:04CV0807

T. KENNETH JAMES, IN HIS
OFFICIAL CAPACITY; AND BOARD OF DIRECTORS
OF THE LITTLE ROCK SCHOOL DISTRICT            DEFENDANTS

**ORDER**

For the reasons stated into the record on Thursday, March 29, 2007, plaintiffs' Motion to Strike Witness from Pretrial Disclosure Sheet is denied (#76). Ms. Annette Barnes will be able to testify and plaintiff will be allowed to take her deposition which shall not exceed two hours.

Plaintiffs have informed the Court that they wish to withdraw their Motion to Amend or Correct. The Clerk of the Court is directed to withdraw the motion (#69).

Defendants' Motion for Summary Judgemnt (#50 and #52) will be denied. The Court has reviewed the pleadings along with the exhibits and finds that questions remain regarding Jimmy Mosby's certification, Jimmy Mosby's qualifications to serve as a principal, Jodie Carter's superseding contract, and defendants' alleged policy or practice of eliminating or demoting African American principals.

IT IS SO ORDERED THIS  30   day of  March , 2007.

James M. Moody
United States District Court