*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| JODIE T. CARTER and<br>JIMMY J. MOSBY | | PLAINTIFFS |
| vs. | CASE NO. 4:04cv00807 JMM | |
| T. KENNETH JAMES,<br>ROY C. BROOKS and<br>LITTLE ROCK SCHOOL DISTRICT BOARD OF EDUCATION | | DEFENDANTS |

### ORDER OF DISMISSAL

Based on the stipulation of dismissal as to all Defendants (docket entry #96), the above case is dismissed.

The complaint and all claims in this action are hereby dismissed with prejudice.

IT IS SO ORDERED this 4th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE